## VERDICT FORM

We the Jury, answer the questions submitted as follows:

**Question No. 1**: Was Defendant Dr. Charu Trivedi professionally negligent and/or committed malpractice in one or more of the ways alleged by Plaintiff?

ANSWER: __YES__ (yes or no)

**If your answer to Question No. 1 is a "YES" then go to Question No. 2.**
**If your answer to Question No. 1 is a "NO" then do not answer any further questions.**

**Question No. 2**: Did Craig Beaubien sustain any injury or damage?

ANSWER: __YES__ (yes or no)

**If your answer to Question No. 2 is a "YES" then go to Question No. 3.**
**If your answer to Question No. 2 is a "NO" then do not answer any further questions.**

**Question No. 3**: Was Defendant Dr. Charu Trivedi's professional negligence and/or malpractice a proximate cause of Plaintiffs' claimed injury and or damages?

ANSWER: __YES__ (yes or no)

**If your answer to Question No. 3 is a "YES" then go to Questions No. 4 -7.**
**If your answer to Question No. 3 is a "NO" then do not answer any further questions.**

**Question No. 4**: What is the total amount of Craig Beaubien's non-economic damages including pain and suffering, mental anguish, fright and shock, denial of social pleasures and enjoyments, embarrassment, humiliation, or mortification, aggravation of pre-existing ailment or condition etc.?

ANSWER: __$6.5 MILLION ($6,500,000.00)__

1

**Question No. 5**: Did Craig Beaubien suffer permanently impaired cognitive capacity rendering him incapable of making independent, reasonable life decisions and permanently incapable of independently performing the activities of normal, daily living?

ANSWER: YES

**Question No. 6**: What is the total amount of economic damages including reasonable expenses for medical care and treatment?

ANSWER: #115,241.98

**Question No. 7**: What is the total amount of damages Whitney Beaubien suffered for loss of consortium?

ANSWER: 2 MILLION ($2,000,000.00)

Date: 7/24/24

In compliance with the Privace Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.
s/ Jury Foreperson

