UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRAIG A. BEAUBIEN, and          Case No: 2:21-cv-11000
WHITNEY BEAUBIEN,         Hon. Gershwin A. Drain

    Plaintiffs,

vs.

CHARU TRIVEDI, MD,
TOLEDO CLINIC, INC., d/b/a
TOLEDO CLINIC CANCER CENTERS,

    Defendants.
_____/

## APPEARANCE

PLEASE ENTER my appearance as co-counsel for defendants Charu Trivedi, MD, Toledo Clinic, Inc. d/b/a Toledo Clinic Cancer Centers, in the above-entitled cause of action.

        COLLINS EINHORN FARRELL PC

    BY:   */s/Michael J. Cook*
        MICHAEL J. COOK (P71511)
        *Co-Counsel for Defendants*
        4000 Town Center, 9th Floor
        Southfield, MI 48075
        Michael.Cook@ceflawyers.com

Dated: August 6, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2024, I electronically filed the foregoing instrument with the Clerk of the Court using the ECF system, and that a copy was electronically served on all counsel of record via the ECF system and to any counsel not registered to receive electronic copies from the court, by enclosing same in a sealed envelope with first class postage fully prepaid, addressed to the above, and depositing said envelope and its contents in a receptacle for the U.S. Mail.

                COLLINS EINHORN FARRELL PC

BY:   */s/Michael J. Cook*
        MICHAEL J. COOK (P71511)
        *Co-Counsel for Defendants*
        4000 Town Center, 9th Floor
        Southfield, MI 48075
        Michael.Cook@ceflawyers.com