UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WHITNEY BEAUBIEN, as Personal
Representative of the Estate of
CRAIG A. BEAUBIEN,

        Plaintiff,

v.

CHARU TRIVEDI, *et al.*,

        Defendants.

_____/

Case No. 21-11000
U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

## **JUDGMENT**

This case was tried before a jury. The jury returned a verdict on July 24, 2024. ECF No. 110. In accordance with that verdict and the Court's opinion and order granting in part and denying in part Plaintiff Whitney Beaubien's Motion for Entry of Judgment,

IT IS HEREBY ADJUDGED AND ORDERED THAT:

Judgment is entered in favor of Plaintiff Whitney Beaubien and against Defendants Charu Trivedi and Toledo Clinic, Inc. in the amount of $115,841.98 in economic damages and $615,800.00 in noneconomic damages, plus statutory

interest under MICH. COMP. LAWS § 600.6013(8) and taxable costs under Federal Rule of Civil Procedure 54(d)(1).

    SO ORDERED.

Dated: November 26, 2025                     /s/Gershwin A. Drain  
                                                                GERSHWIN A. DRAIN  
                                                                United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 26, 2025, by electronic and/or ordinary mail.  
/s/Kourtney Collins  
Case Manager